IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TROUBADOUR INVESTMENTS, LLC, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | NO. 3:18-cv-00269 |
| TRACY EWING, | ) ) | JUDGE CAMPBELL MAGISTRATE JUDGE FRENSLEY |
| Defendant. | ) | |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 12), which was filed on May 25, 2018. Through the Report and Recommendation, the Magistrate Judge recommends Plaintiff's Motion To Remand (Doc. No. 7) be granted because Defendant has not sufficiently alleged a basis for federal jurisdiction. Although the Report advised the parties that any objections must be filed within 14 days of service, no objections have been filed.

The Court has reviewed the Report and Recommendation, and concludes it should be adopted and approved. Accordingly, Plaintiff's Motion To Remand (Doc. No. 7) is **GRANTED**, and this action is **REMANDED** to the Davidson County Circuit Court. 28 U.S.C. § 1447(c).

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE